**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01563-CV
No. 05-12-01566-CV
No. 05-12-01567-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-42292-I, F11-42291-I, and F11-72467-I**

## ORDER

The Court has before it appellant's March 10, 2013 second motion for extension of time to file brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by March 25, 2013.

/s/  ELIZABETH LANG-MIERS
JUSTICE